IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-6891 |
| | : | |
| v. | : | |
| | : | |
| GONZALO CHAUCA, individually and | : | |
| d/b/a PASTA ALLA ROSA; and | : | |
| GL GROUP CORPORATION, an | : | |
| unknown business entity d/b/a | : | |
| PASTA ALLA ROSA, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 25th day of November, 2015, after considering the motion for summary judgment filed by the plaintiff, J & J Sports Productions, Inc., the documents attached thereto, and the supporting brief (Doc. No. 25); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The motion for summary judgment (Doc. No. 25) is **GRANTED**;

2. As to Count I of the complaint, judgment is **ENTERED** in favor of the plaintiff, J & J Sports Productions, Inc., and against the defendants, Gonzalo Chauca, individually and d/b/a Pasta Alla Rosa, and GL Group Corporation, an unknown business entity d/b/a Pasta Alla Rosa, in the amount of $12,400, plus attorney's fees and costs;

3. Counts II and III of the complaint are **DISMISSED**;

4. Within fourteen (14) days from the date of this order, the plaintiff shall submit evidence of its costs and fees it seeks to recover under 47 U.S.C. § 605(e)(3)(B)(iii); and

5. The Clerk of Court shall mark this case as **CLOSED**.

> BY THE COURT:
>
>
> /s/ *Edward G. Smith, J.*
> EDWARD G. SMITH, J.